No. 11–6318. SALINAS-MELENDEZ, AKA SALINAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6325. MCBARRON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6329. CONTRERAS-VILLEGAS, AKA CONTRERAS VILLEGAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6330. CALDERA-RAYOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–6333. UBELE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–6334. THELEN v. SHERROD, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–6337. PANTOJA CARRETERO, AKA CARRETERO, AKA GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–175. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS v. DOODY. C. A. 9th Cir. Certiorari denied. JUSTICE ALITO would grant the petition for writ of certiorari.

No. 11–195. GOMES v. COUNTRYWIDE HOME LOANS, INC., ET AL. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 11–284. LAUERSEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.